# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SAROEUN CHHAB, | : | No. 80 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA COURT OF COMMON PLEAS, FIRST JUDICIAL DISTRICT, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 22nd day of July, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.